# United States District Court
# District of Massachusetts

UNITED STATES OF AMERICA,

    V.                            CRIMINAL NO. 2004-10372-WGY

JESS SICILIANO,
MICHAEL ARCO,
GEORGE KANDIRAKIS,
    Defendants.

## *ORDER*

COLLINGS, U.S.M.J.

It is ORDERED that this case, including the Indictment, be, and the same hereby is, UNSEALED.

*/s/ Robert B. Collings*
ROBERT B. COLLINGS
United States Magistrate Judge

January 6, 2005.