≈AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

DISTRICT OF  MASSACHUSETTS

**APPEARANCE**

Case Number: 04-M-053()

CR No 04-10372-WGY

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for Michael Arco

I certify that I am admitted to practice in this court.

12/16/04
Date

12/16/04
Noreen Russo

_Signature_

Theodore A. Barone  030190
Print Name                          Bar Number

1359 Hancock St., Suite 4
Address

Quincy            MA            02169
City              State          Zip Code

617 328 0411      617 328 2044
Phone Number                        Fax Number