UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

V.                                                CRIMINAL
                                                  NO. 04-10372 -WGY

JESS SICILIANO
MICHAEL ARCO
GEORGE KANDIRAKIS

### INITIAL SCHEDULING ORDER

 YOUNG, C.J.

The above named defendant(s) having been arraigned on  1/13/05  before  COLLINGS, USMJ  , and having elected to proceed under the automatic discovery rules, IT IS HEREBY ORDERED in accordance with Local Rules (LR) 116.1 through 116.5 that:

A. The government shall provide automatic discovery by  2/10/05  See L.R116.1(C).

B. The defendant shall provide automatic discovery by  2/10/05 . See LR 116.1(D).

C. Any discovery request letters shall be sent and filed by 2/24/05 . See LR 116.3 (A) and (H).

D. Any responses to discovery request letters shall be sent and filed by 3/10/05 . See LR 116.3(A).

E. An initial status conference in accordance with LR 116.5 will be held on  2/24/095  at  2:00  p.m. in Courtroom No.  18  on the  5  floor.


                                                  By the Court,

1/18/05                                           /s/ Elizabeth Smith
Date                                              Deputy Clerk


(Crinsch1.wp - 11/24/98)