AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

DISTRICT OF _____

**APPEARANCE**

Case Number: 2004 - 10372-WGY-02

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for   Michael Arco for (A) standing in for Ted Barone

I certify that I am admitted to practice in this court.

1/13/05
Date

Signature: [signature] for Theodore A Barone Esq

Print Name: Ted A Barone     Bar Number: 172140

Address: Terry Flukes
1359 Hancock St Suite 4

Phone Number: 617-328-0411