UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Criminal Action
No: **04-10372-WGY**

**UNITED STATES**
Plaintiff

v.

**JESS SICILIANO**
**MICHAEL ARCO**
**GEORGE KANDIRAKIS**
Defendant

**SCHEDULING ORDER**

**YOUNG, C.J.**

An initial status conference in accordance with LR 116.5 was held on  2/24/05

Any substantive motions are to be filed by    6/30/05 .  See LR 116.3(E) and (H).

Response to any motion is to be filed on or before   7/14/05     See LR 116.3(l).

A Final Pretrial Conference will be held on   7/28/05 @ 2:00 P.M.

A joint memorandum in accordance with LR 116.5(C) is to be filed by 7/28/05

A tentative trial date has been set for    9/12/05

The time between   2/24/05     and   9/12/05    is excluded in the interest of justice.

By the Court,

/s/ Elizabeth Smith

_____
Deputy Clerk

February 25, 2005
To: All Counsel