UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CRIMINAL NO. 04-10372-WGY |
| | ) |
| v. | ) 21 U.S.C. § 846 -- |
| 1. JESS SICILIANO, | ) Conspiracy to Distribute and to Possess with |
| 2. MICHAEL ARCO and | ) Intent to Distribute Oxycodone |
| 3. GEORGE KANDIRAKIS | ) |
| | ) 21 U.S.C. § 853 -- |
| Defendants. | ) Criminal Forfeiture |
| | ) |

## SUPERSEDING INDICTMENT

**COUNT ONE:**     (21 U.S.C. § 846 -- Conspiracy to Distribute Oxycodone)

The Grand Jury charges that:

From a time unknown to the Grand Jury, but at least by in or about June 2003 and continuing thereafter until in or about December 2004, at Boston and elsewhere in the District of Massachusetts and elsewhere,

1. JESS SICILIANO,
2. MICHAEL ARCO, and
3. GEORGE KANDIRAKIS

the defendants herein, did knowingly and intentionally combine, conspire, confederate and agree with other persons known and unknown to the Grand Jury to possess with intent to distribute and to distribute oxycodone, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

All in violation of Title 21, United States Code, Section 846.

## FORFEITURE ALLEGATION
### (21 U.S.C. § 853)

The Grand Jury further charges that:

1. As a result of the offense alleged in this Superseding Indictment,

**JESS SICILIANO,
MICHAEL ARCO, and
GEORGE KANDIRAKIS**

defendants herein, shall forfeit to the United States any and all property constituting, or derived from, any proceeds the defendant obtained, directly or indirectly, as a result of such offenses; and/or any property used or intended to be used, in any manner or part, to commit, or to facilitate the commission of, any such violations.

2. If any of the property described in paragraph 1, above, as a result of any act or omission of the defendants –

    (a) cannot be located upon the exercise of due diligence;

    (b) has been transferred or sold to, or deposited with, a third party;

    (c) has been placed beyond the jurisdiction of the Court;

    (d) has been substantially diminished in value; or

    (e) has been commingled with other property which cannot be subdivided without difficulty;

it is the intention of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendants up to the value of the property described in paragraph 1.

All in violation of Title 21, United States Code, Section 853.

A TRUE BILL

_____
FOREPERSON OF THE GRAND JURY

_____
NANCY RUE
ASSISTANT U.S. ATTORNEY

DISTRICT OF MASSACHUSETTS; Sept 1, 2005.

Returned into the District Court by the Grand Jurors and filed.

_____
DEPUTY CLERK
@ 1:40 P.M
9/1/05

-3-

JS 45 (5/97) - (Revised USAO MA 1/15/04)

| Criminal Case Cover Sheet | U.S. District Court - District of Massachusetts |

Place of Offense: <u>Massachusetts</u>   Category No. <u>II</u>   Investigating Agency <u>DEA</u>

City <u>Boston</u>

County <u>Suffolk</u>

Related Case Information:
Superseding Ind./ Inf. <u>X</u>   Case No. <u>04-10372 WGY</u>
Same Defendant ____   New Defendant ____
Magistrate Judge Case Number   <u>04-0499; 527; 528; 530-RBC</u>
Search Warrant Case Number ____
R 20/R 40 from District of ____

**Defendant Information:**

Defendant Name <u>Jess Siciliano</u>   Juvenile ☐ Yes ☒ No

Alias Name ____

Address ____

Birth date (Year only): <u>1976</u>   SSN (last 4 #): <u>2587</u>   Sex <u>m</u>   Race: <u>w</u>   Nationality: <u>USA</u>

Defense Counsel if known: <u>James McCall</u>   Address: <u>4 Longfellow Pl #3703</u>
<u>Boston 02114</u>

Bar Number: ____

**U.S. Attorney Information:**

AUSA <u>Nancy Rue</u>   Bar Number if applicable ____

Interpreter: ☐ Yes ☒ No   List language and/or dialect: ____

Matter to be SEALED: ☐ Yes ☒ No

☐ Warrant Requested    ☒ Regular Process    ☐ In Custody

**Location Status:**

Arrest Date: ____

☐ Already in Federal Custody as ____ in ____
☐ Already in State Custody ____   ☐ Serving Sentence   ☐ Awaiting Trial
☒ On Pretrial Release: Ordered by <u>Hon R. Collings</u> on <u>12/16/04</u>

Charging Document:   ☐ Complaint   ☐ Information   ☒ Indictment

Total # of Counts:   ☐ Petty ____   ☐ Misdemeanor ____   ☒ Felony <u>1</u>

Continue on Page 2 for Entry of U.S.C. Citations

☐ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: <u>9/1/05</u>   Signature of AUSA: ____

JS 45  (5/97) - (Revised USAO MA 3/25/02)  Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**     Jess Siciliano

## U.S.C. Citations

| | **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|---|
| Set 1 | 841(a)(1) & 846 | conspiracy to distribute oxycodone | |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**

JS 45 (5/97) - (Revised USAO MA 1/15/04)

**Criminal Case Cover Sheet**          U.S. District Court - District of Massachusetts

Place of Offense: __Massachusetts__    Category No. __II__    Investigating Agency __DEA__

     __Boston__            Related Case Information:

County __Suffolk__    Superseding Ind./Inf. __X__    Case No. __04-10372-WGY__
Same Defendant _____ New _____
Magistrate Judge Case Number __04-00499-RBC__
Search Warrant Case Number _____
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name __Michael Arco__      Juvenile ☐ Yes ☒ No

Alias Name _____

Address _____

Birth date (Year only): __1976__   SSN (last 4 #): __2396__   Sex __m__   Race: __w__   Nationality: __USA__

Defense Counsel if known: __Theodore Barone__    Address: __1359 Hancock St #4__
                                                         __Quincy MA__

Bar Number: _____

**U.S. Attorney Information:**

AUSA __Nancy Rue__      Bar Number if applicable _____

Interpreter: ☐ Yes ☒ No    List language and/or dialect: _____

Matter to be SEALED: ☐ Yes ☒ No

☐ Warrant Requested    ☒ Regular Process    ☒ In Custody

**Location Status:**

Arrest Date: __7/28/05__

☒ Already in Federal Custody as __produce of Hon W Young__ on __7/28/05__
☐ Already in State Custody _____ ☐ Serving Sentence ☐ Awaiting Trial
☐ On Pretrial Release: Ordered by _____ on _____

Charging Document: ☒ Complaint    ☐ Information    ☐ Indictment

Total # of Counts: ☐ Petty _____ ☐ Misdemeanor _____ ☒ Felony _____

Continue on Page 2 for Entry of U.S.C. Citations

     I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: __9/1/05__      Signature of AUSA: _____

JS 45 (5/97) - (Revised USAO MA 3/25/02) Pa____ of 2 or Reverse

District Court Case Number (To be filled in by deputy clerk): _____

Name of Defendant   Michael Arco _____

## U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  841(a)(1) & 846 | conspiracy to distribute oxycodone | |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set | | |
| Set | | |
| Set | | |
| Set | | |
| Set | | |
| Set | | |

ADDITIONAL INFORMATION:

JS 45 (5/97) - (Revised USAO MA 1/15/04)

| Criminal Case Cover Sheet | U.S. District Court - District of Massachusetts |

**Place of Offense:** Massachusetts    **Category No.** II    **Investigating Agency** DEA

**City** Boston    **Related Case Information:**

**County** Suffolk    Superseding Ind./ Inf. __X__    Case No. 04-10372-WGY
Same Defendant ____    New Defendant  x
Magistrate Judge Case Number    04-0499; 527; 528; 530-RBC
Search Warrant Case Number
R 20/R 40 from District of

**Defendant Information:**

**Defendant Name** George Kandirakis    Juvenile ☐ Yes ☒ No

**Alias Name**

**Address**

**Birth date (Year only):** 1980    **SSN (last 4 #):** 6423    **Sex** m    **Race:** w    **Nationality:** USA

**Defense Counsel if known:** Rosemary Scapicchio    **Address:** 4 Longfellow Pl. # 3703 Boston 02114

**Bar Number:**

**U.S. Attorney Information:**

**AUSA** Nancy Rue    **Bar Number if applicable**

**Interpreter:** ☐ Yes ☒ No    **List language and/or dialect:**

**Matter to be SEALED:** ☐ Yes  ☐ No

☑ Warrant Requested    ☐ Regular Process    ☐ In Custody

**Location Status:**

**Arrest Date:**

☐ Already in Federal Custody as _____ in _____.
☐ Already in State Custody _____    ☐ Serving Sentence    ☐ Awaiting Trial
☒ On Pretrial Release: Ordered by HON R COLLINGS on 1/13/05

**Charging Document:**   ☐ Complaint    ☐ Information    ☒ Indictment

**Total # of Counts:**   ☐ Petty ____    ☐ Misdemeanor ____    ☒ Felony  1

Continue on Page 2 for Entry of U.S.C. Citations

☒ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

**Date:** 9/1/05    **Signature of AUSA:**

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**   George Kandirakis

## U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  841(a)(1) & 846 | conspiracy to distribute oxycodone | 1 |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:**